UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STOR/GARD, INC. and
SGI-WALPOLE, LLC,
    Plaintiffs,

    v.

STRATHMORE INSURANCE
COMPANY,
    Defendant.

CIVIL ACTION NO.
10-12274-MBB

**FINAL JUDGMENT**

**May 4, 2012**

**BOWLER, U.S.M.J.**

The issues having been duly heard and decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiffs Stor/Gard, Inc. and SGI-Walpole, LLC take nothing, that this action is dismissed on the merits, and that defendant Strathmore Insurance Company recovers of plaintiffs its costs under Rule 54(d)(1), Fed. R. Civ. P.

                              /s/ Marianne B. Bowler
                              **MARIANNE B. BOWLER**
                              United States Magistrate Judge