UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STOR/GARD, INC. and
SGI-WALPOLE, LLC,
    Plaintiffs,

    v.                                          CIVIL ACTION NO.
                                                10-12274-MBB

STRATHMORE INSURANCE
COMPANY,
    Defendant.

## **FINAL JUDGMENT**

**May 4, 2012**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiffs Stor/Gard, Inc. and SGI-Walpole, LLC take nothing, that this action is dismissed on the merits, and that defendant Strathmore Insurance Company recovers of plaintiffs its costs under Rule 54(d)(1), Fed. R. Civ. P.

                                                          /s/ Marianne B. Bowler
                                               **MARIANNE B. BOWLER**
                                               United States Magistrate Judge